[No. 10596–9–II.   Division Two.   July 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY RILEY
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 86–1–00655–9, John N. Skimas, J., entered

December 16, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Alexander, J.